NOTE: CHANGES MADE BY THE COURT

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTLEY ROBINSON and LUTHER COCKRILL, as individuals, and on behalf of all similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>INDEPENDENT PET PARTNERS HOLDINGS, LLC; KRISER'S FEEDING PETS FOR LIFE, LLC DBA KRISER'S NATURAL PET; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:19-cv-10929-AB-SK<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE ANDRE BIROTTE, JR.<br><br>**[PROPOSED] ORDER GRANTING IN PART JOINT STIPULATION** |

On August 14, 2020, the Parties to the above-referenced action filed a Joint Stipulation to Dismiss Individual, Class Action and Collective Claims, and Remand PAGA Claim to State Court. The Court has reviewed the stipulation and orders as follows:

1. The Parties' stipulation is granted in part.
2. However, this case was originally filed in federal court; it was not originally filed in state court and removed to federal court. Therefore, this Court cannot remand any part of it to state Court.

3. The stipulation reflects the parties' agreement that pursuant to an arbitration agreement, Plaintiffs individual claims must proceed in arbitration, and they may not pursue a class action or collective action. The parties also agree that the Court lacks subject matter jurisdiction over the PAGA claims standing alone.

4. The Court therefore **DISMISSES** this action in its entirety.

5. However, to effectuate the parties' intention that Plaintiffs pursue the PAGA claims in state court, this Court **STAYS** the statute of limitations as to the PAGA claims for 30 days to allow Plaintiffs to re-file the PAGA claims in state court.

**IT IS HEREBY ORDERED.**

Dated: _August 21, 2020

HON. ANDRE BIROTTE, JR

4843-5307-7704.1 104180.1002

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300